**THE PARKER LAW GROUP P.C.**

28 Valley Road
Montclair, New Jersey 07042
Phone: 347-292-9042
ghp@parkerlawusa.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/7/2025__

November 6, 2025

Via ECF
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York

**MEMO ENDORSED**

Re:  *Dorel Anderson v. New York Convention Center Operating Corporation and Fanatics Holdings, Inc.*

**Docket No. 1:25-cv-05826 (VEC) (VF)**

Dear Judge Caproni:

We represent the plaintiff in the above-entitled action. On behalf of all parties, we write to respectfully ask the Court to issue an Order for <u>an immediate referral to the Court-annexed mediation program</u>. The reason for this request is because the parties are interested in devoting their time and resources toward a resolution.

Accordingly, the parties also respectfully ask the Court to adjourn the November 14, 2026 Initial Conference for "sixty days or until the parties notified the Court that settlement efforts have failed, whichever is earlier" per Paragraph 5 of Your Honor's Order of July 16, 2025. (See ECF Document # 7). Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

*/s/ Glen H. Parker*

Glen H. Parker, Esq.

---

Application GRANTED. The Initial Pretrial Conference scheduled for Friday, November 14, 2025, is ADJOURNED until either **(i) Friday, January 9, 2026, at 10:00 A.M., or (ii) the parties notify the Court that settlement efforts have failed, whichever is earlier.** The Court will separately enter an order referring the parties to the Court-annexed Mediation Program.

SO ORDERED.

*/s/ Valerie Caproni*        11/7/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE